HALL GRIFFIN LLP
HOWARD D. HALL, State Bar No. 145024
  *hdhall@hallgriffin.com*
JERED T. EDE, State Bar No. 273440
  *jede@hallgriffin.com*
AMANDA V. ANDERSON, State Bar No. 306903
  *aanderson@hallgriffin.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Defendant NATIONSTAR
MORTGAGE LLC d.b.a. MR. COOPER
(erroneously sued as Nationstar Mortgage
LLC and Mr. Cooper)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROGER TEMPLE, | CASE NO. |
| Plaintiff, | [Formerly Los Angeles County Superior Court Case No. 19BBCV00201] |
| vs. | **NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT NATIONSTAR MORTGAGE LLC D.B.A. MR. COOPER [ERRONEOUSLY SUED AS NATIONSTAR LLC AND MR. COOPER] PURSUANT TO 28 U.S.C. SECTION 1441, 1331[FEDERAL QUESTION JURISDICTION]** |
| NATIONSTAR MORTGAGE LLC; MR. COOPER; QUALITY LOAN SERVICE CORPORATION; and DOES 1-100, INCLUSIVE, | |
| Defendants. | |
| | ACTION FILED:       March 7, 2019 |
| | ACTION REMOVED:   April 15, 2019 |

**TO THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF**

**CALIFORNIA, WESTERN DIVISION:**

**PLEASE TAKE NOTICE** that, pursuant to sections 1441 and 1331 of Title 28 of

the United States Code, Defendant NATIONSTAR MORTGAGE LLC d.b.a. MR.

COOPER (erroneously sued as Nationstar Mortgage LLC and Mr. Cooper) ("Defendant")

hereby removes the action entitled *Roger Temple v. Nationstar Mortgage LLC, et al.*, in

the Superior Court of the State of California for the County of Los Angeles, North Central

District, Case No. 19BBCV00201 (the "Action") to the United States District Court for the
Central District of California on the following grounds:

1.    On or about March 7, 2019, Plaintiff Roger Temple ("Plaintiff") filed the
Action in California state court.  Plaintiff's Complaint is the first pleading filed in the
Action.  Defendant was personally served on March 14, 2019.  Declaration of Amanda V.
Anderson ("Anderson Decl."), ¶ 2, Exhibit A.

2.    Defendant has timely filed this Notice of Removal.  (See 28 U.S.C.
§ 1446(b) ["[A] notice of removal may be filed within thirty days after receipt by the
defendant . . . of a copy of [a] . . . paper from which it may first be ascertained that the case
is one which . . . has become removable[.]"].)  This Notice of Removal is being filed
within 30 days of the Complaint being served.

3.    The Action is a civil action of which the United States District Court for the
Central District of California has original jurisdiction under 28 U.S.C. § 1331 and is one
which may be removed to the United States District Court for the Central District of
California by Defendant pursuant to the 28 U.S.C. § 1441(a) in that it arises under
allegations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961-
1968.

4.    The only other named Defendant, Quality Loan Service Corporation has not
been properly served with the Complaint and thus joinder is not required under 28 U.S.C.
§ 1441(b)(2)(A).  See Anderson Decl., ¶ 3, Exhibit 1.

DATED:  April 15, 2019        HALL GRIFFIN LLP
By:

Howard D. Hall
Jered T. Ede
Amanda V. Anderson
Attorneys for Defendant
NATIONSTAR MORTGAGE LLC d.b.a. MR.
COOPER (erroneously sued as Nationstar Mortgage
LLC and Mr. Cooper)

2

1

## CERTIFICATE OF SERVICE

2
3

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1851 East First Street, 10th Floor, Santa Ana, CA 92705-4052.

4

On April 15, 2019, I served the within document(s) described as:

5
6
7

**NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT NATIONSTAR MORTGAGE LLC D.B.A. MR. COOPER [ERRONEOUSLY SUED AS NATIONSTAR LLC AND MR. COOPER] PURSUANT TO 28 U.S.C. SECTION 1441, 1331[FEDERAL QUESTION JURISDICTION]**

8

on each interested party in this action as stated below:

9
10
11

Richard Hofman, Esq.
29219 Canwood Street, No. 101
Agoura Hills, CA 91301
Tel.: (818) 203-6777
hofman.r@gmail.com
**Attorney for Plaintiff ROGER TEMPLE**

12
13
14

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

15
16
17
18

**BY OVERNIGHT DELIVERY:**  I enclosed said document(s) in an envelope or package provided by Overnight Delivery and addressed to the persons at the addresses listed in the Service List.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Overnight Delivery or delivered such document(s) to a courier or driver authorized by Overnight Delivery to receive documents.

19
20

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

21

Executed on April 15, 2019, at Santa Ana, California.

22
23
24

_____
Carina Arreola Gallardo

25
26
27
28

NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. SECTION 1441 [FEDERAL QUESTION JURISDICTION]

P:\DOCS\Nationstar.Temple\Pleadings\Removal\Ntc of Removal.docx